# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JASON HOLCOMBE (#565311)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

19-779-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson, on November 17, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** the Petitioner Jason Holcombe's application for habeas corpus relief is DENIED and this proceeding is DISMISSED WITH PREJUDICE. In the event the petitioner pursues an appeal in this case, a certificate of appealability is granted.

Signed in Baton Rouge, Louisiana the 19 day of December, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 16.